3:26-cv-202-WWB-LLL

FEB 2 2026 PM1:47
FILED USDC - FLMD - JAX

Wilkerson Yvonne L DC#U39341
Department Of Corrections
11120 North West Gainsville Road
Ocala, Florida 34482

United States District Court
300 North Hogan Street suite 9-150
Jacksonville, Florida 32202-4271

January 21, 2026

Hello,
              United States District Court,
my name is Wilkerson Yvonne Louette Date
of Birth is ████████████. I am writing
you with concerns; I have been trying to
respectfully reach out about some ongoing
issues that due to the FACT. I've been
facing unlawful use of force among me/
my family & Friends in public and on a
legal private note, notice. Every day I've
been in the system I've had to endure
more then one way or form of unlawful
use of force. I keep asking to properly
be directed to the proper people to
help me and whom due... I am currently
housed here at Lowell Annex Compound under
some charges I know for a FACT I Shouldn't
be here. Every law clerk here on the
compound seems to collect information from
my case's and improperly give me motion
paperwork to mishandle these case's I am

trying to fight. They have went as far as causing harm to me and some people I know close to me, before I was forced to fight for my life. Wrote and indirect order to cause body harm. untold stated flase imprisonment and keep repectedly. Improperly handling me in this system. Knowing I have mental health issues, past conflict with people raping me and it's seems to keep ongoing here as if I am, the problem. I've really settled down from a troubled youth to a very responeable woman to soon pass my GED testing and build a 114 long career to provide for me and my friends and family.

Respectfully Schmitty
Wilkerson, Yonne L
W——

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

**INMATE REQUEST**

Mail Number: *Securus 30R*
Team Number: _____
Institution: _____

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other *Grievance* |
|---|---|---|---|---|

| FROM: | Inmate Name<br>*Wilkerson Tyrone L* | DC Number<br>*U39341* | Quarters<br>*S3 3103 1* | Job Assignment<br>*N/A* | Date<br>*12.22.25* |
|---|---|---|---|---|---|

**REQUEST** *3672512-0619*          Check here if this is an informal grievance ☑

I was to to file an grievance on the issue of foul play and faurdulent content forced on my tablet by the property sgt's Mrs Davis, Mrs McCord & Mrs Francis. I have denied to play an role in committing international and nation wide fraud with them and some of these inmates. They refuse to issue me an replacement tablet because I keep writing them up and informed them I would in a respectful way (Tip Line)...

Thanks In Advance

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): *Wil Gol*          DC#: *U35341*

RECEIVED

DEC 23 2025

ASSISTANT WARDEN
PROGRAMS OFFICE

─────────── **DO NOT WRITE BELOW THIS LINE** ───────────

**RESPONSE**          DATE RECEIVED: _____

Your request for administrative remedy has been received, reviewed, and evaluated.

Securus was contacted and submitted the response listed below.

You shattered your screen and was blacklisted by Securus on 2.13.25. Once you make restitution, Securus will provide you with another tablet.

Based on the information provided, your grievance is Denied.

[The following pertains to informal grievances only:

Based on the above information, your grievance is ___*Denied*___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): *M. Loll* | Official (Signature): _____ | Date: *2/24/25* |
|---|---|---|

Original: Inmate (plus one copy)

CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file

This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.

You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

Mail Originated From
A Florida State
Correctional Institution

Wilkerson, Yvonne Layetta DC#U39341
Florida Department Of Corrections
11120 North West Gainesville Road
Ocala, Florida 34482

United States District Court
300 North Hogan Street Suite 9-150
Jacksonville, Florida 32202-4271

32202-427175

US POSTAGE and PITNEY BOWES
ZIP 34482
02 4W
0000389832 JAN 26 2026
$ 000.74⁰

PROVIDED TO:
Lowell Correctional Annex

JAN 2 6 2026

BY: J.W. for mailing